UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID M. NJENGA, | ) | CASE NO: C07-1498-TSZ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| A. NEIL CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Petitioner's Petition for Writ of Habeas Corpus, Dkt. 4, petitioner's motions for release on ankle bracelet in lieu of bond, Dkts. 17 and 18, and petitioner's emergency request for bond, Dkt. 20, are DENIED; respondent's Motion to Dismiss, Dkt. #13, is GRANTED, and this action is DISMISSED with prejudice;

ORDER OF DISMISSAL
PAGE -1

and

(3)  The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 31st day of March, 2008.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -2